IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY KENNEY**                                                                 **PLAINTIFF**

**v.**                               **4:22-CV-00763-BRW**

**WELLS FARGO BANK, NA, ET AL.**                                      **DEFENDANTS**

**ORDER**

     A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff filed a "Notice of Removal" on a case she is attempting to initiate in federal court. However, in the same filing, she objects to removal. Furthermore, Plaintiff has not stated any claims against Defendants.

     Because Plaintiff's "Complaint" is nonsensical, frivolous, and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

     IT IS SO ORDERED this 26th day of August, 2022.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).